

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Robert Lucian Miller,

\* From the 42nd District Court
of Coleman County,
Trial Court No. 2596.

Vs. No. 11-16-00036-CR

\* October 13, 2016

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.